
**FILED**

MAR 11 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| JOSHUA GERVOLSTAD, | ) |
| Defendant. | ) |

Case No. MAG. 09-0054-KJM

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSHUA GERVOLSTAD, Case No. MAG. 09-0054-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of: $100,000.00

        ___ Appearance Bond with Surety

        _X_ Unsecured Appearance Bond

        _X_ (Other) <u>Conditions as stated on the record</u>

        ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>03/11/09</u> at <u>3:00pm</u>

By _____
Edmund F. Brennan
United States Magistrate Judge